PRO SE GUIDE

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 17 2017

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

_____John Doe_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

_____see attached_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __17-5050__
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes  ☐ No
*(check one)*

15

List of Defendants

University of Arkansas, University of Arkansas Board of Trustees, Donald R. Bobbitt University of Arkansas System President, and University of Arkansas for Medical Sciences Board of Trustees.

Re: John Doe. Plaintiff is requesting John Doe status under the Americans with Disability Act due to his protected disability. His real name is

*If this can't be filed as a John Doe, we would prefer not to proceed with this suit.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John Doe (_____) |
| Street Address | 2918 N. Jamestown Road |
| City and County | Fayetteville   Washington |
| State and Zip Code | Arkansas   72703 |
| Telephone Number | |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | University of Arkansas |
| Job or Title (if known) | |
| Street Address | 2404 N. University Avenue |
| City and County | Little Rock   Pulaski |
| State and Zip Code | Arkansas   72207 |
| Telephone Number | (501) 686-2500 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | University of Arkansas Board of Trustees |
| Job or Title (if known) | |
| Street Address | 2404 N. University Avenue |
| City and County | Little Rock   Pulaski |

PRO SE GUIDE

    State and Zip Code    Arkansas    72207
    Telephone Number    (501) 686-2500
    E-mail Address
    (if known)

Defendant No. 3

    Name    Donald R. Bobbitt
    Job or Title    President University of Arkansas System
    (if known)
    Street Address    2404 N. University Avenue
    City and County    Little Rock    Pulaski
    State and Zip Code    Arkansas    72207
    Telephone Number    (501) 686-2500
    E-mail Address
    (if known)

Defendant No. 4

    Name    University of Arkansas for Medical Sciences
    Job or Title    Board of Trustees
    (if known)
    Street Address    4301 W. Markum Street
    City and County    Little Rock    Pulaski
    State and Zip Code    Arkansas    72205
    Telephone Number    (501) 686-7000
    E-mail Address
    (if known)

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title II of the Americans with Disabilities Act U.S.C. 12132
Section 504 of the Rehabilitation Act of 1973, as amended,
29 U.S.C. 794

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b. If the defendant is a corporation

   The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . *Or* is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____ See Attached _____

_____

_____

_____

## Statement of Claim

1) Policy on Students with a Medical Diagnosis that could Adversely Affect Patient Care and accompanying Statement of Agreement was created for _____ because of his disability, and simultaneously placed in the student handbook to give the appearance of being applicable to all medical students.

2) Congress enacted the Rehabilitation Act of 1973 as a comprehensive federal program to "empower individuals with disabilities to maximize . . . independence, and inclusion and integration into society, through . . . the guarantee of equal opportunity." 29 U.S.C. 701(b)(1)(F). To effectuate these purposes, Section 504 of the Rehabilitation Act provides the "(n)o otherwise qualified individual with a disability . . . shall, solely by reason of her or his disability, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance." 29 U.S.C. 794(a). Through dismissal from the UAMS program because of his disability, _____'s Section 504 rights were denied.

3) UAMS already had a policy in effect to deal with behavior issues and the need for medical accommodations through administrative action. This policy was in effect prior to and simultaneous with the Policy on Students with a Medical Diagnosis that could Adversely Affect Patient Care (the Contract). The only remedy provided by the new Contract was the ability to dismiss students from the medical school, a remedy not available under administrative actions.

4) The 5th and 14th Amendments to the Constitution promise that the government will not deprive any person of "life, liberty or property, without due process of law". Among the rights accorded under due process are the right to receive notice of charges against you. _____ was never

notified in writing of the reason for his dismissal, other than "contract violation".

5) The first amendment guarantees the right to property.        has a property interest in the money and time he invested to graduate from UAMS. His student loans alone amount to $110,000.

PRO SE GUIDE

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____

_____

_____

_____

_____

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **March 17**, 20**17**

Signature of Plaintiff _____

Printed Name of Plaintiff **John Doe**

Address of Plaintiff **2918 N. Jamestown Rd, Fayetteville AR 72703**

Telephone Number **(479) 263-2843**

20