# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  FAYETTEVILLE  DIVISION

## 5:17-cv-5050 John Doe vs. University of Arkansas et al

Length of Trial:        **None**

Financial Status:    Fee Paid?                                              Yes **XX**     No

       If NO, has IFP been granted?                   Yes       No

       Is there a pending motion for IFP?             Yes       No **XX**

Are there any other post-judgment motions?              Yes       No **XX**

Please identify the court reporter.

    If no court reporter, please check

    Name
    Address

Telephone Number

**CRIMINAL CASES ONLY:**
    Is the defendant incarcerated?                         Yes   No
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.


SPECIAL COMMENTS: